Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **R. L. BROOKS,**<br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES DEPARTMENT**<br>**OF JUSTICE and SANGAMON COUNTY**<br>**SHERIFF'S OFFICE**<br>Defendants. | Case Number: **14-3153** |

## JUDGMENT IN A CIVIL CASE

**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Text Order entered by the Honorable Sue E. Myerscough on October 16, 2014, this case is dismissed, without prejudice.

**Dated:**  October 16, 2014

                                                s/ Kenneth A. Wells
                                                Kenneth A. Wells
                                                Clerk, U.S. District Court